AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | | |
|---|---|---|
| MAGENHEIMER EXPRESS FRTEIGHT, INC.<br>*Plaintiff*<br>v.<br>MARIA RAMIREZ, ET AL.<br>*Defendant* | ) ) ) ) ) | Civil Action No. 2:22-CV-8802-PSG-SK |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* 05/25/2023 .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: 06/08/2023

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

RENICO SMITH

1260

SEAL OF THE U.S. DISTRICT COURT CENTRAL DIST. OF CALIFORNIA

JUN - 8 2023

I hereby attest and certify on ________ that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DEPUTY CLERK
RENICO SMITH

1248

FILED
CLERK, U.S. DISTRICT COURT
5/25/23
CENTRAL DISTRICT OF CALIFORNIA
BY: WH DEPUTY

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAGENHEIMER EXPRESS FREIGHT, INC., Plaintiff, v. MARIA RAMIREZ, Defendant. | CV 22-8802-PSG-SK **JUDGMENT** |

**WHEREAS**, on January 20, 2023, the Court Clerk entered default against Defendant Maria Ramirez ("Defendant") [11], pursuant to Federal Rule of Civil Procedure 55(a),

**WHEREAS**, on May 25, 2023, this Court **GRANTED in part** and **DENIED in part** Magenheimer Express Freight's ("Plaintiff") Motion for Default Judgment [12] against Defendant,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED,** upon the findings of the Court, that Judgment is entered in

favor of Plaintiff and against Defendant, in accordance with this Court's previous Order granting Plaintiff's Motion for Default Judgment [16]. Compensatory damages are awarded to Plaintiff in the amount of $22,279.41. The Court also awards Plaintiff's reasonable costs in the amount of $862.00.

As no defendants or claims remain, the Clerk shall close this matter.

**IT IS SO ORDERED.**

Date: 05/25/23

/s/ Philip S. Gutierrez
**HONORABLE PHILIP S. GUTIERREZ**
Chief U.S. District Judge